THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joseph Harlan Clark,       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-134
Submitted January 10, 2003  Filed February 
 19, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Druanne Dykes White, of Anderson; 
 for Respondent.
 
 
 

PER CURIAM:  Joseph Harlan Clark appeals 
 his guilty plea conviction for indecent exposure.  Appellate counsel has filed 
 a final brief accompanied by a petition to be relieved and Clark has not filed 
 a pro se response brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.